SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Jonathan D. Martin (SBN 188744)
jmartin@seyfarth.com
Richard B. Mojica (SBN 327078)
rmojica@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendants
BLACK DIAMOND PAVING, LLC and ROSE PAVING,
LLC

AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1000
Oakland, CA  94621
T: (510) 590-7155
F: (510) 562-6830

Attorneys for Plaintiff
KRISTINA KARR WALCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA KARR WALCH,<br><br>Plaintiff,<br><br>v.<br><br>BLACK DIAMOND PAVING, LLC; ROSE PAVING LLC, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:25-cv-10922-AMO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Removed from Superior Court of California, Alameda County, Case No. 25CV153845]<br><br>Judge:      Hon. Araceli Martínez-Olguín<br><br>Action Removed: December 23, 2025 |

STIPULATION OF DISMISSAL WITH PREJUDICE

325977092v.2

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case be and is hereby DISMISSED with prejudice. Each party shall bear her/its own fees and costs.

DATED: 5/26/2026

SEYFARTH SHAW LLP


By:    /S/ Richard B. Mojica
    Christian J. Rowley
    Jonathan D. Martin
    Richard B. Mojica

    Attorneys for Defendants
    BLACK DIAMOND PAVING, LLC and ROSE PAVING, LLC

DATED: 5/26/2026

AIMAN-SMITH & MARCY

By:
    Joseph Clapp

    Attorneys for Plaintiff
    KRISTINA KARR WALCH


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

DATED: 5/26/2026          By: ___ /s/ Richard B. Mojica _____
    Richard B. Mojica

2

STIPULATION OF DISMISSAL WITH PREJUDICE